UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARBARA A. VON PAGEL and
GREGORY M. PALMER,

        Plaintiffs,

v.                                     Case No.  8:10-cv-1368-T-24-TGW

GEOVERA SPECIALTY
INSURANCE COMPANY,

        Defendant.

_____/

## ORDER

      This cause comes before the Court on Defendant's Motion for Temporary Restraining Order/Preliminary Injunction and Motion for Entry upon Land.  (Doc. No. 30).  Plaintiffs oppose this Motion.  (Doc. No. 32).

      This case arises out of an insurance contract dispute.  Plaintiffs allege that sinkhole damage to their property (the "Property") is covered by their insurance policy with Defendant.  This case is currently in the discovery phase and Defendant moves for a temporary restraining order or preliminary injunction to prevent Plaintiffs' experts or representatives from conducting any further subsidence investigations at the Property without a representative or expert of Defendant present. (Doc. No. 30 at 3).  Plaintiffs oppose the instant motion on the grounds that the parties have already resolved the issue of permitting Defendant to be present at Plaintiffs' testing of the Property.  (Doc. No. 32 at 4; Ex. B).

      Upon review of the motions and attached exhibits, the Court finds that a preliminary injunction or temporary restraining order is not appropriate for this discovery dispute.  A

preliminary injunction or temporary restraining order is an extraordinary form of relief which requires the moving party to show irreparable harm or imminent injury.  In this case, Defendant has not shown that it will suffer irreparable harm or imminent injury without injunctive relief. Accordingly, the Court denies the instant Motion.  However, Plaintiffs must notify Defendant if they intend to conduct further subsidence investigations and must give Defendant the opportunity to be present at such investigations.

Accordingly, it is ORDERED AND ADJUDGED that Defendant's Motion for Temporary Restraining Order/Preliminary Injunction and for Entry upon Land is DENIED.

**DONE AND ORDERED** at Tampa, Florida, this 20th day of December, 2010.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record